COURT OF CHANCERY
OF THE
STATE OF DELAWARE

JOHN W. NOBLE
VICE CHANCELLOR

417 SOUTH STATE STREET
DOVER, DELAWARE 19901
TELEPHONE: (302) 739-4397
FACSIMILE: (302) 739-6179

April 13, 2015

Melissa N. Donimirski, Esquire
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801

David S. Eagle, Esquire
Klehr Harrison Harvey Branzburg LLP
919 North Market Street, Suite 1000
Wilmington, DE 19801

Re: *Sutherland v. Sutherland*
C.A. No. 2399-VCN
Date Submitted: April 8, 2015

Dear Counsel:

Plaintiff Martha S. Sutherland, as Trustee of the Martha S. Sutherland Revocable Trust dated April 18, 1976, has moved for an extension of time to respond to the Verified Petition for a Charging Lien (the "Petition") filed by Intervenor Katten Muchin Rosenman LLP. This case cannot fairly be characterized as one that has moved through the system with alacrity. In addition, the Plaintiff intends to obtain other counsel. Some extension is warranted; the extension to May 6, 2015, as requested by Plaintiff seems unnecessary.

Accordingly, Plaintiff shall respond to the Petition on or before April 30, 2015.

**IT IS SO ORDERED.**

Very truly yours,

*/s/ John W. Noble*

JWN/cap
cc:    Jay N. Moffitt, Esquire
       Robert S. Saunders, Esquire
       Register in Chancery-K